FILED'10 OCT 4 10:15USDC-ORn

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. CR 10-300 66 |
| ) | |
| Plaintiff, ) | **INDICTMENT** |
| ) | |
| v. ) | 18 U.S.C. § 922(g)(1) |
| ) | |
| JESSE DALE DAVIDSON, ) | |
| ) | |
| Defendant. ) | |

THE FEDERAL GRAND JURY CHARGES:

## COUNT 1

On or about July 6, 2010, in the District of Oregon, defendant JESSE DALE DAVIDSON, having been convicted of a crime punishable by imprisonment for a term exceeding one year, including: Robbery in the Third Degree and Felony Attempt to Elude in 2008 in the State of Oregon, and Taking a Vehicle without Consent in 2007 in California, did unlawfully and knowingly possess a firearm and/or ammunition, to wit: a Lorcin 9mm handgun and Federal 9mm ammunition, which had previously traveled in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Dated this 1st day of October, 2010.

/s/ Grand Jury Foreperson

PRESENTED BY:

DWIGHT C. HOLTON
United States Attorney

_____
Douglas W. Fong, OSB #84219
Assistant U.S. Attorney

PAGE 2– INDICTMENT